MALICIOUS PROSECUTION

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF TEXAS
_Houston_ DIVISION

United States Courts
Southern District of Texas
F I L E D

AUG 0 6 2019

David J. Bradley, Clerk of Court

_CaRloS TRevino Vela # 1442039_
Plaintiff's Name and ID Number

_Wynne Unit 810 FM 2821 Huntsville, TX 77349_
Place of Confinement

CASE NO. _____
(Clerk will assign the number)

v.

_HARis County (Judge, DA All Linked To conviction )_    X _Andrew Porras officer_
Defendant's Name and Address

X _Susan Baetz Brown Judge_    X _Robert Mason officer_
Defendant's Name and Address

X _DA District Attorney Linked To prosecution_
Defendant's Name and Address
( DO NOT USE "ET AL.")

X _Landrium Gay police officer_

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.   To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.   Your complaint must be legibly  handwritten, in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.**  ATTACH AN ADDITIONAL BLANK  PAGE AND  WRITE ON IT.

3.   You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.   When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID) , the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

    A.   Have you filed *any* other lawsuit in state or federal court relating to your imprisonment?____YES ____NO

    B.   If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.   Approximate date of filing lawsuit: _____

        2.   Parties to previous lawsuit:

            Plaintiff(s) _____

            Defendant(s) _____

        3.   Court: (If federal, name the district; if state, name the county.) _____

        4.   Cause number: _____

        5.   Name of judge to whom case was assigned: _____

        6.   Disposition: (Was the case dismissed, appealed, still pending?) _____

        7.   Approximate date of disposition: _____

Rev. 05/15

II.   PLACE OF PRESENT CONFINEMENT: _Wynne Unit_____

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.
_Completed 13 years with no legal Help-can't Read write Speak english,_

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Carlos Trevino vela #1442039_____
_Wynne_____

_____

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

X Defendant #1: _Landrim Gay police officer_____
_Fasley convicted me_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Shot at me 43 times Injured me_____

X Defendant #2: _Andrew porras police officer_____
_Shot at me 43 Times was with Landrim Gay_

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
_Fasely convicted me_

X Defendant #3: _Robert Mason police officer_____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
_Was with officers Landrim & Robert Shot at me, Injured me_
_And Fasely convicted me,_

X Defendant #4: _Susan Baetz Judge_____
_Malicious prosecution_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Conspiracy of malicious prosecution_

X Defendant #5: _(DA) District Attorney_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Malicious conspiracy & prosecution_

Rev. 05/15

3

V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I Carlos Trevino Vela on April 22, 2006 got ARResTed For Capital MuRder And I'm innocent of The charge, I Have completed (99) years of A 99 year sentence out of A Malicious proSecution of police And proSecuToRial MisconducT, State Cause # 14-07-0047 SR, 14-07-00480 SR And 14-07-00481 SR Home AddRess 4506 Haywood, TX 77093, HouSTon, TX. The HarRis County Has Violated all my civil RighTs! Claiming 4th, 5th, 6th, 8th And 14th AmendmenTS.

VI.   RELIEF:

State briefly exactly what you want the court to do for you.    Make no legal arguments.  Cite no cases or statutes.

The Federal JudgeS ¢ CourT To EngageEnforcement ActioN on police ¢ proSecuToRial Misconduct $25,000,000 willsettle wiTh County.

VII.   GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

N/A

B.  List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

N/A

VIII.   SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  ✓ NO

B.  If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): _____

2.  Case number: _____

3.  Approximate date sanctions were imposed: _____

4.  Have the sanctions been lifted or otherwise satisfied?                    ____YES   NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES _✓_ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division): _____

    2. Case number: _____

    3. Approximate date warning was issued: _____

Executed on: _____
             DATE

X _Carlos Truno_____
             (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

X Signed this _____4_____ day of _____8_____ , 20 _____ .
          (Day)            (month)        (year)

X _carlos truno_____
             (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

✓ THE PLAINTIFF CARLOS CAN NOT Read & WRITE IS INCOMPTENT,

X SAMAD SEFIANE #2248491
    PETITIONER

Rev. 05/15

5

CARLOS TREVINO VELA
#1442039
WYNNE UNIT
810 FM 2821
HUNTSVILLE TX 77349

FEDERAL MAIL

NORTH HOUSTON TX 770
05 AUG 2019 PM 7 L

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

77208-101010

United States Courts
Southern District of Texas
F I L E D

AUG 06 2019

David J. Bradley, Clerk of Court